**People of the State of Illinois, Plaintiff-Appellee, v. Stevia Harris, Defendant-Appellant.**

Gen. No. 51,273.

First District, First Division.

May 1, 1967.

Jay Weisman, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James S. Veldman, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.